# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:   Case No. 16-36621

Tomeca Bouie

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/17/2016.

2) The plan was confirmed on 01/13/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/19/2017.

5) The case was dismissed on 06/09/2017.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,318.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $800.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $800.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $39.20 |
| Other | $347.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $386.20

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN CREDIT ACCEPTANCE | Secured | 22,400.00 | 22,400.00 | 22,400.00 | 0.00 | 325.30 |
| AMERICAN CREDIT ACCEPTANCE | Unsecured | NA | 907.89 | 907.89 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,058.00 | 1,058.80 | 1,058.80 | 0.00 | 0.00 |
| ED FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 377.00 | 462.81 | 462.81 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 622.00 | 685.20 | 685.20 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 438.00 | 470.72 | 470.72 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 150.00 | 150.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 150.00 | 150.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 450.00 | 706.00 | 706.00 | 0.00 | 0.00 |
| RENAISSANCE RECOVERY SERVICE | Unsecured | 356.23 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 526.52 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 1,713.55 | NA | NA | 0.00 | 0.00 |
| TIME PAYMENTS | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| TOTAL VISA | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC/I | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF EDUCATIO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT CO | Unsecured | 118.84 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,085.87 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 521.33 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ESSINGTON FAMILY DENTAL CARE | Unsecured | 169.20 | NA | NA | 0.00 | 0.00 |
| ESSINGTON FAMILY DENTAL CARE | Unsecured | 367.60 | NA | NA | 0.00 | 0.00 |
| FCO/COLONY STARWOOD HOMES | Unsecured | 3,791.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE/ASHLEY BOSWELL | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE PATHOLOGY SRV | Unsecured | 3.60 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 245.80 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS OF JOL | Unsecured | 10.50 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS OF JOL | Unsecured | 7.88 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| GATEWAYFINSOL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HEART CARE CENTER OF ILLINOIS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| JOHN HUDSON MD | Unsecured | 180.41 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS I | Unsecured | 1,713.55 | NA | NA | 0.00 | 0.00 |
| MIDWEST RESPIRATORY LTD | Unsecured | 923.00 | NA | NA | 0.00 | 0.00 |
| MILENNIA PATIENT SERVICES/JOLIE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 78.17 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 11.93 | NA | NA | 0.00 | 0.00 |
| OPEN WORKS FRANCHISE LOAN | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| TIMEPAYMENT CORP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Unsecured | NA | 155.21 | 155.21 | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Secured | 3,095.00 | 3,095.00 | 3,095.00 | 79.47 | 9.03 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,495.00 | $79.47 | $334.33 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,495.00** | **$79.47** | **$334.33** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$4,746.63** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $386.20 |
| Disbursements to Creditors | $413.80 |
| **TOTAL DISBURSEMENTS** : | **$800.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/10/2017            By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**